# DONOGHUE, THOMAS, AUSLANDER & DROHAN, LLP

ATTORNEYS AND COUNSELLORS AT LAW

2517 ROUTE 52

HOPEWELL JUNCTION, NEW YORK 12533

(845) 227-3000

(845) 227-0873

JOHN M. DONOGHUE
LAWRENCE W. THOMAS
JAMES P. DROHAN
DANIEL PETIGROW
STUART S. WAXMAN*

ANA ISAULL GONZALEZ
JUDITH CRELIN MAYLE
BRYN JARVIS PACE
NEELANJAN CHOUDHURY

PARALEGAL
LYNN W. CYBULSKI
CHRISTINE A. MERGAND

*ADMITTED IN NEW YORK AND NEW JERSEY

OF COUNSEL
ROCHELLE J. AUSLANDER
D'ANDREA & GOLDSTEIN
NATALIE J. MARSHALL

WESTCHESTER COUNTY OFFICE



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08

RECEIVED
FEB 21 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

February 21, 2008

**VIA FACSIMILE: (212) 805-7901**

Honorable Harold Baer, Jr.
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Chambers 2230
New York, NY 10007

    RE:    Pape et. al. v. Wappingers Central School District, et. al. (Case No. 07cv8828)

Dear Honorable Baer:

Our firm represents the Wappingers Central School District ("District") in the above-referenced matter. We respectfully request that this matter be transferred to the Southern District's White Plains Courthouse.

It is my understanding that Local Rule 21[a][i] states a civil claim shall be assigned to White Plains if the claim arose in whole or in part in the Northern Counties and at least one of the parties resides in the Northern Counties. Plaintiffs improperly designated the Southern District's Courthouses in New York County (Foley Square) as a proper designation of this matter.

The District is located in Dutchess County, one of the counties that fall into the Northern County classification, with its main administrative offices in Wappingers Falls, NY. Furthermore, according to plaintiffs' Amended Complaint, named plaintiffs Rebecca, William, and Nancy E. Pape are residents of Wappingers Falls, NY (see, para. 8-10 of Amended Complaint).

Honorable Harold Baer, Jr.
February 21, 2008
Page 2 of 2

    In addition, plaintiffs' allege their claims to have occurred in Dutchess County as the gravamen of the Amended Complaint is the alleged actions of the District and other named defendants with regard to plaintiff Rebecca Pape while Rebecca was a student in the District. Furthermore, any aspect of plaintiffs' claim regarding the Summit School, as alleged by plaintiff to be located in Upper Nyack, NY (see, para. 29 et. seq. of Amended Complaint), also falls into the category of claims that are alleged to have taken place in a Northern County. Upper Nyack is located in Rockland County, also a Northern County under Local Rule 21[a][i].

    While Local Rule 22 allows for any party to move to seek reassignment of a case to another holding court and while certainly acknowledging your Honor's individual part rules concerning motion practice, we request the matter be transferred prior to defendant's time to answer or otherwise move. We respectfully request that your Honor grant the District's request at the earliest possible juncture so as to preserve the District's rights in this matter.

    If you have any questions, please do not hesitate to contact me.

Very truly yours,

Neelanjan Choudhury
SDNY ID No. nc2342

cc:

Ben M. Arai, Esq. (via fax and regular mail)
Richard A. Powell (via fax and regular mail)
Peter Ranalli (via fax and regular mail)

*[Handwritten note:]* In the interest of justice this matter wherein the ∏ and the School District are located in Dutchess County, will be removed to the White Plains branch of the SDNY. The Clerk will assist in the transfer of the file. Should there be an objection to this assignment the parties will defend the PTC scheduled for 2/28/08 w/o objection. Please note the matter need not be adjusted on Feb 28, 2008 no PTC Needed. SO ORDERED. Baer USDJ 2/22/08

Endorsement:

    In the interest of justice this matter wherein the plaintiff and the School District defendants are located in Dutchess County, will be removed to the White Plains branch of the SDNY. The Clerk will assist in the transfer of the file. Should there be an objection to this assignment the parties will attend the PTC scheduled for 2/28/08. Without objection the matter will be transferred on February 28, 2008 and no PTC will take place.