UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
WILLIAM PAPE and NANCY E. PAPE,
individually and as natural guardians of
REBECCA PAPE, and REBECCA PAPE,

                                                             NOTICE OF APPEARANCE

                        Plaintiffs,

   -against-

THE BOARD OF EDUCATION OF THE
WAPPINGERS CENTRAL SCHOOL DISTRICT;
WAYNE GERSEN, individually and as Superintendent
of the Wappingers Central School District; and
JOSEPH CORRIGAN, individually and as Assistant
Superintendent for Administration of the Wappingers
Central School District,
                       Defendants.
------------------------------------------------------------------x

     PLEASE TAKE NOTICE, that the undersigned hereby appears for Defendants Board of Education of the Wappingers Central School District, Wayne Gersen, and Joseph Corrigan in the above entitled action, and that the undersigned has been retained as Attorneys for said Defendants and demand that all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:    Hopewell Junction, NY
            February 28, 2008

                               Yours, etc.

                               DONOGHUE, THOMAS, AUSLANDER & DROHAN, LLP

                 By: _____
                          Neelanjan Choudhury (NC2342)
                          Attorneys for Wappingers Central School District
                          2517 Route 52
                          Hopewell Junction, NY 12533
                          Tel.:  (845) 227-3000
                          FAX:  (845) 227-6873

TO:    Ben M. Arai
        Attorney for Plaintiffs
        1175 Forest Avenue, Suite 3
        Bronx, NY 10455
        Tel.:   (718) 378-6527