⚖AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __NEW YORK__

WILLIAM PAPE and NANCY E. PAPE, individually
and as natural guardians of REBECCA PAPE,
AND REBECCA PAPE,
              Plaintiffs,
    V.
THE BOARD OF EDUCATION OF THE WAPPINGERS
CENTRAL SCHOOL DISTRICT: WAYNE GERSEN,
individually and as Superintendent of the
Wappingers Central School District;
and JOSEPH CORRIGAN, individually and as
Assistant Superintendent for Administration
of the Wappingers Central School District;

              Defendants.

**AMENDED**
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **07cv8828 (HB)**

TO: (Name and address of Defendant)

    **WAYNE GERSEN, SUPERINTENDENT**
       **OF THE WAPPINGERS CENTRAL SCHOOL DISTRICT**
    **15 Myers Corners Road**
    **Wapingers Falls, NY 12590**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    **BEN M. ARAI, ESQ.**
    **1175 Forest Avenue**
    **Bronx, NY 10456**

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**            FEB 07 2008

CLERK                                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE 2/11/08 |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) Jill Christiansen | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Susan Penney Administrative Assistant to Wappingers Central School District

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES Service of Papers | TOTAL 20 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/11/08
         Date

Signature of Server

41 Lower Henry Street
Address of Server

Wappingers Falls NY 12590

TINA SQUILLACE
Notary Public - State of New York
NO. 01SQ6154830
Qualified in Dutchess County
My Commission Expires 10/23/11

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.