# DONOGHUE, THOMAS, AUSLANDER & DROHAN, LLP

ATTORNEYS AND COUNSELLORS AT LAW

2517 ROUTE 52

HOPEWELL JUNCTION, NEW YORK 12533

(845) 227-3000

TELECOPIER (845) 227-6873

JOHN M. DONOGHUE
LAWRENCE W. THOMAS
JAMES P. DROHAN
DANIEL PETIGROW
STUART S. WAXMAN*

ANA ISABEL GONZALEZ
JUDITH CRELIN MAYLE
BRYN SARVIS PACE
NEELANJAN CHOUDHURY
SEMIRA ANSARI

PARALEGAL
LYNN W. CYBULSKI
CHRISTINE A. MERSAND

*ADMITTED IN NEW YORK AND NEW JERSEY

OF COUNSEL
ROCHELLE J. AUSLANDER
D'ANDREA & GOLDSTEIN
NATALIE J. MARSHALL

WESTCHESTER COUNTY OFFICE:
700 WHITE PLAINS ROAD
SCARSDALE, NEW YORK 10583
(914) 725-2578
TELECOPIER (914) 472-1840

**MEMO ENDORSED**

April 3, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: _____

VIA OVERNIGHT MAIL

Honorable Kenneth M. Karas
United States District Court
United States District Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

   RE:   Pape et. al. v. Wappingers Central School District, et. al. (Case No. 07cv8828)

Dear Judge Karas:

   Per your instructions, I am respectfully requesting a pre-motion conference with regard to the above-referenced matter. It is my intention to make a motion to dismiss Plaintiffs' Amended Complaint on the following grounds:

- Plaintiffs William and Nancy E. Pape lack standing to bring suit;
- Claims against Defendants Wayne Gersen and Joseph Corrigan, in their individual and official capacities must be dismissed;
- all of Plaintiffs' claims under 42 U.S.C. § 1983 must be dismissed (both for alleged violations of federal statutes and the Constitution);
- Plaintiffs' claims for compensatory and punitive damages must be dismissed;
- Plaintiffs' claims are time barred and barred under the doctrine of laches;
- and Plaintiffs failed to serve a notice of claim upon the Defendants.

   Additionally, I respectfully request leave to present motion papers exceeding the 25 page length limit. It is my sincere hope to present papers within the 25 page limit but I may require additional pages given the number of grounds for the motion.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Neelanjan Choudhury (2342)

cc: Ben M. Arai, Esq. (via overnight mail)

The Court will hold a pre-motion conference on May 22, 2008, at 10:45. Plaintiffs are to respond to this letter by April 18, 2008.

SO ORDERED

KENNETH M. KARAS U.S.D.J.
4/14/08