```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

BEN M. ARAI
Attorney at Law
1175 Forest Avenue, #3
Bronx, New York 10456

(718) 378-6527

June 20, 2008

VIA FACSIMILE: (914) 390-4152

Honorable Kenneth M. Karas
United States District Judge
United States District Court
300 Quarropas Street, Room 533
White Plains, NY 10601

RE: **Pape et. al. v. Wappingers Central School District, et. al.**
Case No. 07cv8828 (KMK)
**Permission granted for this communication by Mike.**

Dear Judge Karas:

I respectfully request an extension of time to file plaintiffs' second amended complaint in the above-referenced matter extended until June 30, 2008. The original due date is June 23, 2008 pursuant to Your Honor's order of May 22, 2008. This is plaintiffs' first request for an extension of time. Defendants' counsel Neelanjan Choudhury, Esq. has consented to this extension on June 19, 2008. At that time, he indicated that his office will not waive service of the amended complaint upon the defendants. I agreed.

I am making this request for an extension of time due to my family's medical/surgery reasons. I have received permission from your Honor's clerk, Mike, to make this request via fax.

Thank you for Your Honor's attention and consideration in this matter. I apologize for any inconvenience which this request may cause the Court.

Very truly yours,

Ben M. Arai (BA-1969)

Cc: Neelanjan Choudhury, Esq. (via fax and regular mail)

*Granted,*
*So Ordered.*
*6/24/08*