United States District COURT OF THE STATE OF NEW YORK
COUNTY OF ~~New York~~ Southern

SHERIFF'S FILE NO. 0800235

William Pape

Plaintiff (s) / Petitioner (s)

-against-

AFFIDAVIT OF SERVICE

Defendant (s) / Respondent (s)

The Board of Education of the Wappinger Central School District + Richard A Powell

STATE OF NEW YORK : COUNTY OF DUTCHESS     SS:

Russell E Nichols _____, being duly sworn, deposes and says: deponent is not a party to this action, is over 18 years of age and is employed by the Dutches County Sheriff's Office, 150 North Hamilton Street, Poughkeepsie, New York, 12601.

That on 07-01, 20 08, 2:45 A.M. /(P.M.) at 167 Myers corners Road Suite 200 Wappingers Falls deponent served the within Summons _____ on The Board of Education of the Wappingers Central School District + ~~Agent~~ Richard Powell, defendant named therein, in the following manner:

1. **INDIVIDUAL**
   By delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

2. **CORPORATION**
   X   A X domestic; \_\_\_\_\_ foreign corporation, by delivering thereat a true copy of each to _____
   X   Susan Penney personally; deponent knew said corporation so served to be the corporation described therein as defendant and on information and belief, said was an: _____ officer, / managing agent; _____ director; _____ general agent; X cashier; _____ assistant cashier; _____ other agent (appointed, designated or by law) thereof. Administrative Assistant To The Superintendent of Schools / District Clerk

3. **SUITABLE AGE PERSON**
   By delivering thereat a true copy of each to _____
   A person of suitable age and discretion. Said premises is defendant's:
   _____ actual place of business; _____ dwelling place; _____ usual place of abode; within the State.

4. **AFFIXING TO DOOR** (Nail & Mail)
   By affixing a true copy of each to the door of the defendant's _____ actual place of business; _____ dwelling place; _____ usual place of abode: within the State.

5. Deponent was unable, with due diligence, to find defendant or a person of suitable age and discretion thereat after the following attempts:

|  | Attempt 1 | Attempt 2 | Attempt 3 | Attempt 4 |
|---|---|---|---|---|
| Date: |  |  |  |  |
| Day: |  |  |  |  |
| Time: |  |  |  |  |
| Address: |  |  |  |  |

1. _____

2. _____

MAILING          (USE WITH 3 OR 4)     (MUST BE WITHIN 20 DAYS OF DELIVERY OR PAPERS)

_____ Deponent also mailed on _____, 20____ a copy of same by depositing a copy of same in a postpaid sealed wrapper properly addressed to defendant at:
   _____ defendant's last known residence;
   _____ defendant's actual place of business, by first class mail, in an envelope bearing the legend "Personal & Confidential" and not indicating that the communication was from an attorney or concerns an action against the defendant and deposited same in a post office or official depository of the United States Postal Service within New York State.

DESCRIPTION   (USE WITH 1, 2 OR 3)

Deponent describes the individual served as follows:

| SEX | SKIN COLOR | HAIR COLOR | APPROX. AGE | APPROX WEIGHT | APPROX. HEIGHT |
|---|---|---|---|---|---|
| F | Wh | Red | 55 | 200 | 5'11" |

OTHER IDENTIFYING FEATURES: (e.g., glasses, mustache, beard, etc.) _____

_____

Statutory Fee
   At the time of service, a statutory service fee of $_____ was also left with the person mentioned and
_____ described therein.

Military Service
   On information and belief, defendant is not in the military service of New York State or the United States. The
__X__ Person I spoke with indicated that defendant was not in the active military service of the United States or New York State; defendant wore civilian clothes.

_____ Additional Information_____

_____
Sign above and Print name below

Russell F Nichols
Deputy Sheriff Badge No. ___21___

Sworn to before me this
____ day of __July__, 20_08_

_____
Notary Public

Susan J. Gardner
Notary Public, State of New York
Registration No. 01GA6110728
Qualifed in Dutchess County
Commission Expires June 1, 201_

SO-82R

United States District COURT OF THE STATE OF NEW YORK
COUNTY OF Southern
New York

SHERIFF'S FILE NO. 0800234

William Pape

Plaintiff (s) / Petitioner (s)

-against-

AFFIDAVIT OF SERVICE

Defendant (s) / Respondent (s)

The Board of Education of the Wappinger Central School District
+ Richard A Powell

STATE OF NEW YORK : COUNTY OF DUTCHESS     SS:

Russell E Nichols _____, being duly sworn, deposes and says: deponent is not a party to this action, is over 18 years of age and is employed by the Dutches County Sheriff's Office, 150 North Hamilton Street, Poughkeepsie, New York, 12601.

That on 07-01, 20 08, A.M./P.M. 2:45 at 167 Myers Corners Road Suite 200 Wappingers Falls deponent served the within Summons on The Board of Education of the Wappingers Central School District + Richard Powel, defendant named therein, in the following manner:

1. INDIVIDUAL
   By delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

2. CORPORATION
   A  X  domestic; _____ foreign corporation, by delivering thereat a true copy of each to _____
   X  Susan Penney _____ personally; deponent knew said corporation so served to be the corporation described therein as defendant and on information and belief, said was an: _____ officer;  /  managing agent; _____ director; _____ general agent;  X  cashier; _____ assistant cashier; _____ other agent (appointed, designated or by law) thereof. Administrative Assistant To The Superintendent of Schools / District Clerk

3. SUITABLE AGE PERSON
   By delivering thereat a true copy of each to _____
   A person of suitable age and discretion. Said premises is defendant's:
   _____ actual place of business; _____ dwelling place; _____ usual place of abode; within the State.

4. AFFIXING TO DOOR  (Nail & Mail)
   By affixing a true copy of each to the door of the defendant's _____ actual place of business; _____ dwelling place; _____ usual place of abode: within the State.

5. Deponent was unable, with due diligence, to find defendant or a person of suitable age and discretion thereat after the following attempts:

|  | Attempt 1 | Attempt 2 | Attempt 3 | Attempt 4 |
|---|---|---|---|---|
| Date: |  |  |  |  |
| Day: |  |  |  |  |
| Time: |  |  |  |  |
| Address: |  |  |  |  |

1. _____

2. _____

MAILING        (USE WITH 3 OR 4)    (MUST BE WITHIN 20 DAYS OF DELIVERY OR PAPERS)

_____ Deponent also mailed on _____, 20____ a copy of same by depositing a copy of same in a postpaid sealed wrapper properly addressed to defendant at:
_____ defendant's last known residence;
_____ defendant's actual place of business, by first class mail, in an envelope bearing the legend "Personal & Confidential" and not indicating that the communication was from an attorney or concerns an action against the defendant and deposited same in a post office or official depository of the United States Postal Service within New York State.

DESCRIPTION  (USE WITH 1, 2 OR 3)

Deponent describes the individual served as follows:

| SEX | SKIN COLOR | HAIR COLOR | APPROX. AGE | APPROX WEIGHT | APPROX HEIGHT |
|---|---|---|---|---|---|
| F | Wh | Red | 55 | 200 | 5'11" |

OTHER IDENTIFYING FEATURES: (e.g., glasses, mustache, beard, etc.)_____

Statutory Fee
At the time of service, a statutory service fee of $_____ was also left with the person mentioned and described therein.

Military Service
_X_ On information and belief, defendant is not in the military service of New York State or the United States. The Person I spoke with indicated that defendant was not in the active military service of the United States or New York State; defendant wore civilian clothes.

_____ Additional Information_____

*Russell E Nichols*
Sign above and Print name below

Russell F Nichols
Deputy Sheriff Badge No. __21__

Sworn to before me this
____ day of __July__, 20_08_

_Susan J. Gardner_
Notary Public

Susan J. Gardner
Notary Public, State of New York
Registration No. 01GA6110728
Qualified in Dutchess County
Commission Expires June 1, ____

80-82R