%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

WILLIAM PAPE AND NANCY E. PAPE,
individually and as natural
guardians of REBECCA PAPE, AND
REBECCA PAPE, individually,

              V.
        Plaintiffs,
  -against-

THE BOARD OF EDUCATION OF THE
WAPPINGERS CENTRAL SCHOOL DISTRICT and
RICHARD A. POWELL, individually and as
Superintendent of the Wappingers
Central School District,

        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: o7cv8828 (KMK)

TO: (Name and address of Defendant)

    RICHARD A. POWELL, Superintendent
    Wappingers Central School District
    167 Myers Corners Road, Suite 200
    Wappingers Falls, NY 12590

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    BEN M. ARAI, ESQ.
    1175 Forest Avenue, Suite 3
    Bronx, NY 10456

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. Michael McMahon

CLERK                                       06-30-2008

(By) DEPUTY CLERK                           DATE

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 7/15/08 |
| NAME OF SERVER (PRINT) Jill Christiansen | TITLE MS |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: Richard A Powell 167 Meyers Corners R.D. Suite 200 W.C.S.D Superintendent

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 6 | Service of papers | 20 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 15, 2008
         Date

Signature of Server: Jill Christiansen

Address of Server: 4 lower Henry St

TINA SQUILLACE
Notary Public - State of New York
NO. 01SQ6154830
Qualified in Dutchess County
My Commission Expires 10/23/10

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.